# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| TIMOTHY GLIBOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCANA CORPORATION, SOUTH CAROLINA ELECTRIC & GAS COMPANY, SCANA SERVICES, INC., SOUTH CAROLINA PUBLIC SERVICE AUTHORITY, KEVIN MARSH, JIMMY ADDISON, STEPHEN BYRNE, MARTIN PHALEN, MARK CANNON, RUSSELL HARRIS, RONALD T. LINDSAY, JAMES MICALI, MICHAEL CROSBY, MARION CHERRY, and LONNIE CARTER.<br><br>Defendants. | Civil Action No. 9:18-cv-00273-TLW |

## STIPULATION REGARDING FILING OF THIRD AMENDED COMPLAINT AND EXTENDING DEADLINE FOR RESPONDING TO SAME

The undersigned parties hereby submit this stipulation regarding Plaintiffs' filing of a Third Amended Complaint in this matter and extending the deadline for Defendants to respond to same ("Stipulation"). Specifically, the parties ask that the Court issue an order providing that Defendants need not file any response to the Second Amended Complaint and extending the time for all Defendants to file responsive pleadings and/or motions to dismiss until twenty-one (21) days following the filing of Plaintiffs' Third Amended Complaint. In support of this Stipulation, the parties respectfully show the Court as follows:

1.  Plaintiffs filed a Second Amended Complaint on January 28, 2019. Dkt. 79.

2. The current deadline for Defendants to respond to the Second Amended Complaint is August 1, 2019.  *See* Dkt. 99.

3. Plaintiffs have informed Defendants that they intend to file a Third Amended Complaint.

4. Defendants have agreed not to oppose Plaintiffs' filing of the Third Amended Complaint (reserving all defenses thereto) provided that Plaintiffs agree to allow Defendants twenty-one (21) days following the filing of the Third Amended Complaint to respond to the same. Plaintiffs have agreed to that request.[1]

For the foregoing reasons, the undersigned parties jointly ask this Court to issue an Order providing that Defendants need not file any response to the Second Amended Complaint and that Defendants shall have up to and including twenty-one (21) days following the filing of Plaintiffs' Third Amended Complaint to file any responsive pleadings and/or motions to dismiss the Third Amended Complaint. A proposed order granting the requested relief is attached to this Stipulation.

Jointly submitted this 30th day of July, 2019.

*s/ Steven J. Pugh*
Steven J. Pugh (Fed. ID No. 7033)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
1900 Barnwell Street
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400
spugh@richardsonplowden.com

---

[1] The operative Second Amended Complaint in this matter includes a number of individual Defendants who have not yet appeared, but who have been served or have otherwise agreed to waive service. All Defendants have been consulted and, reserving all rights, agree not to oppose Plaintiffs' filing of the Third Amended Complaint.

David L. Balser (*pro hac vice*)
Jonathan R. Chally (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, Georgia 30309
(404) 572-4600
dbalser@kslaw.com
jchally@kslaw.com

*Counsel for Defendants South Carolina Electric & Gas Company, SCANA Corporation, and SCANA Services, Inc.*


s/ J. Preston Strom, Jr.
J. Preston Strom, Jr. (Fed. ID No. 4354)
Mario A. Pacella (Fed. ID No. 7538)
Bakari T. Sellers (Fed. ID No. 11099)
Jessica L. Fickling (Fed. ID No. 11403)
**STROM LAW FIRM, LLC**
2110 Beltline Boulevard
Columbia, South Carolina 29204
(803) 252-4800
petestrom@stromlaw.com
bsellers@stromlaw.com
mpacella@stromlaw.com
jfickling@stromlaw.com

Daniel A. Speights (Fed. ID No. 4252)
A. Gibson Solomons, III (Fed. ID No. 7769)
**SPEIGHTS & SOLOMONS, LLC**
100 Oak Street, East
Hampton, South Carolina 29924
(803) 943-4444
dspeights@speightsandsolomons.com
gsolomons@speightsandsolomons.com

3

Terry E. Richardson, Jr. (Fed. ID No. 3457)
Daniel S. Haltiwanger (Fed. ID No. 7544)
Jerry H. Evans (Fed. ID No. 7149)
**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C.**
Post Office Box 1368
1730 Jackson Street
Barnwell, South Carolina 29812
(803) 541-7850
dhaltiwanger@rpwb.com
jevans@rpwb.com

*Attorneys for the Plaintiffs*


s/ B. Rush Smith, III
B. Rush Smith, III (Fed. ID No. 5031)
William C. Hubbard (Fed. ID No. 1988)
A. Mattison Bogan (Fed. ID No. 9826)
Carmen Harper Thomas (Fed. ID No. 10170)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, South Carolina 29201
(803) 799-2000
rush.smith@nelsonmullins.com
william.hubbard@nelsonmullins.com
matt.bogan@nelsonmullins.com
carmen.thomas@nelsonmullins.com

*Attorneys for South Carolina Public Service Authority and Lonnie Carter*