# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | |
|---|---|
| Timothy Glibowski, et al., | Case No. 9:18-273-TLW |
| PLAINTIFFS | |
| v. | **Order** |
| SCANA Corporation, et al., | |
| DEFENDANTS | |

In accordance with the parties' agreement, ECF No. 113, the Court sets forth the following briefing schedule regarding Plaintiffs' Third Amended Complaint, ECF No. 103:

1.  Defendants' responsive pleadings or motions are due by August 20, 2019.

2.  Plaintiffs' responses are due by September 27, 2019.

3.  Defendants' replies are due by October 25, 2019.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

August 26, 2019
Columbia, South Carolina

1