UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Timothy Glibowski, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCANA Corporation, South Carolina Electric & Gas Company, Kevin Marsh, Jimmy Addison, Stephen Byrne, Martin Phalen, Mark Cannon, Russell Harris, Jeffrey B. Archer, Sarena Burch, W. Keller Kissam, Ronald T. Lindsay and James Micali<br><br>Defendants. | Case No. 9:18-cv-0273<br><br>**Motion in Support of**<br>***Pro Hac Vice* Admission** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Aaron C. Lang be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

    ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| <u>Law Offices of J. Brady Hair</u> | <u>Brady Hair</u> |
| Firm Name | <u>Federal Bar Number 5424</u> |
| <u>2500 City Hall Lane P.O. Box 61896</u> | <u>Derk Van Raalte</u> |
| Street Address or Post Office Box | <u>Federal Bar Number 6508</u> |
| <u>North Charleston, SC 29419</u> | Name(s) of Local Counsel |
| City, State, Zip Code | |
| <u>(843) 572-8700</u> | <u>s/ Derk Van Raalte</u> |
| Telephone Number | Signature of Local Counsel |
| <u>Brady@bradyhair.com</u> | Local Counsel for <u>Defendant Kevin B. Marsh</u> |
| <u>Derk@bradyhair.com</u> | |
| E-Mail Address | |

District of South Carolina

revised 09/19/05