IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Timothy Glibowski, et al., | ) | C/A   9:18-273-TLW |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| SCANA Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

      The court having now been advised by counsel for the parties that this case has settled,

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice.  The dismissal hereunder shall be *with prejudice* if no action is taken within one hundred twenty  (120) days from the filing date of this Order.

      IT IS SO ORDERED.

May 15, 2020                                                         s/Terry L. Wooten
Columbia, SC                                                       Terry L. Wooten
                                                                       Senior United States District Judge